IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ALAN NEWSOME, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:08-cv-390-MEF |
| ) | |
| WARDEN KELLER, *et al.*, ) | (WO) |
| ) | |
| Respondents. ) | |

## **O R D E R**

On May 5, 2010, the Magistrate Judge filed a recommendation (Doc. # 22) in this case to which no timely objections have been filed. Upon an independent review of the case and upon consideration of the Magistrate Judge's recommendation, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1. The Magistrate Judge's recommendation is ADOPTED.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is DENIED because the claims therein do not entitle the petitioner to any relief.

DONE this the 27th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE