IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ALAN NEWSOME, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:08-cv-390-MEF |
| ) | |
| WARDEN KELLER, *et al.*, ) | (WO) |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, and that this action is DISMISSED.

The clerk of the court is directed to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 27th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE